IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANDREW PATTERSON, III                                                      PLAINTIFF

v.                          No. 4:15-cv-260 DPM-JTR

DOC HOLIDAY, Sheriff, Pulaski County;
BOYD, Deputy, Pulaski County Regional
Facility; and PULASKI COUNTY JAIL                              DEFENDANTS

ORDER

1. Magistrate Judge Ray granted Patterson's motion to proceed *in forma pauperis*. № 3. The Court must now screen the complaint. 28 U.S.C. § 1915A. Patterson alleges that a former employee of the Pulaski County Jail took, and then misplaced, his wallet, credit cards, cash, and diamond necklace. № 2 *at 4*. So long as Arkansas provides an adequate postdeprivation remedy, Patterson has no constitutional claim against the defendants for taking his property. *Hudson v. Palmer*, 468 U.S. 517, 533-36 (1984); *McDowell v. Jones*, 990 F.2d. 433, 434 (8th Cir. 1993). Arkansas, through its Claims Commission, provides an adequate remedy. *Williams v. Campbell*, 25 Fed. Appx. 477, 479 (8th Cir. 6 December 2011) (unpublished). Patterson has therefore not pleaded a plausible claim under § 1983.

2. The complaint is dismissed without prejudice. An appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. §1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 May 2015