## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ANDREW PATTERSON, III**                                    **PLAINTIFF**

v.                                    **No. 4:15-cv-260 DPM**

**DOC HOLIDAY, Sheriff, Pulaski County;**
**BOYD, Deputy, Pulaski County Regional**
**Facility; and PULASKI COUNTY JAIL**                    **DEFENDANTS**

## JUDGMENT

Patterson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 May 2015